Exhibit A to the Complaint

**Location:** West Grove, PA  **IP Address:** 98.114.208.23
**Total Works Infringed:** 44  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 98AD85E01C0CD3FCDD228AE223DFC322C4AAABED | 08/26/2025 18:23:55 | Blacked | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 2 | ecec874c21239a30f35d90c14d825619a4e8486a | 08/26/2025 12:38:11 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 3 | 891698262F59CF597F30FC3B1A494185820C4152 | 08/25/2025 13:17:54 | Vixen | 12/13/2024 | 01/16/2025 | PA0002509636 |
| 4 | 27ae1e1034ea8bb067dfe05d0c8a6f35a4a4c51d | 08/25/2025 13:05:45 | Blacked | 01/29/2022 | 02/14/2022 | PA0002335485 |
| 5 | 4d1b1bed1c599aa04dbf4ba76c6d550fd93a4fe8 | 08/25/2025 13:03:15 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |
| 6 | 1FEC6AF6DFEF0A5BFD3FE09311398AA6DCD5B90A | 08/25/2025 12:47:10 | Blacked Raw | 05/26/2025 | 06/09/2025 | PA0002534204 |
| 7 | d41b2cf5a6f513982ab6a6d69527010dfbf38f3e | 08/25/2025 12:39:18 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 8 | 4157bb075ec440872c9b41053864287444a90124 | 08/25/2025 12:37:33 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 9 | 1BCE6DD7971A13CACF4E42E4D14608BFA6760D1B | 08/25/2025 12:31:01 | TushyRaw | 07/09/2024 | 07/16/2024 | PA0002480606 |
| 10 | 7AAB7C4B30E38E8D49F14B310A00BE31FA7610E7 | 08/25/2025 12:29:32 | Blacked Raw | 07/05/2025 | 07/08/2025 | PA0002539163 |
| 11 | 6113E86335488430F9325B3E8539EA2DDB71F3AB | 08/25/2025 12:29:26 | Tushy | 05/18/2025 | 05/20/2025 | PA0002531763 |
| 12 | A22FDF07CE9919FAA9CBF1289BB3DC55FF810A06 | 08/07/2025 17:43:32 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 13 | CB7E904F86564EE8E9DE7299E4F7DE0A585FEC48 | 08/07/2025 16:46:55 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 14 | e469063388ce85c99be9f3af9edf4b0c95e97f1b | 08/06/2025 13:32:32 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 15 | b60d5d0a4d86c4d25936b5bcd885e0df5a9e1c68 | 07/31/2025 00:53:04 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 16 | 95f4d9e97d890fc30a535a7b4fa907e5518e1ddc | 07/30/2025 12:01:17 | Vixen | 05/08/2020 | 06/08/2020 | PA0002243645 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 8340DF7A3A5C43A154B8A190F8EB6010786137E1 | 07/25/2025 13:01:33 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 18 | 251E98FDDBF487C34DF4A4378903DF0134382A03 | 07/25/2025 12:41:25 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 19 | fb4c20732176fa0c5194bf272983ee8ee1cfda16 | 07/11/2025 00:01:58 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 20 | 50eb3a81256ed806b8c03530b3aeb4efe3af96d1 | 07/09/2025 06:37:10 | Blacked | 02/07/2025 | 02/18/2025 | PA0002515979 |
| 21 | 31ef59e9d5e66fb4ff59bffe051e98cb6c595dcb | 07/09/2025 00:34:39 | Tushy | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 22 | D857E3982421B51471457E22DDB31C2C1E057DB8 | 07/08/2025 16:00:21 | Vixen | 08/09/2024 | 08/15/2024 | PA0002484824 |
| 23 | 9E757F2B0F0628FA2CF6D14E2592E149523CF8ED | 07/08/2025 13:58:25 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 24 | 0B02EAC38B8748D518EA21778684B6BBE9622804 | 07/07/2025 13:19:31 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 25 | C366374CBE8AD6F991FE8B2487DC45C9AB0E1E6B | 07/06/2025 12:59:01 | Vixen | 01/14/2020 | 02/03/2020 | PA0002236203 |
| 26 | 57EF758621E2E69E913D09DF9007DCEA885CF724 | 07/06/2025 10:06:07 | Vixen | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 27 | 4e79385b8dae3cd4cc334c13f109852722b4f577 | 07/06/2025 04:23:05 | Vixen | 08/07/2020 | 08/18/2020 | PA0002253099 |
| 28 | 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D | 07/06/2025 04:07:46 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 29 | 0D1055A9B3DD2C8FD870FB95B908C3CDAFC68306 | 07/01/2025 17:05:13 | Milfy | 07/24/2024 | 09/17/2024 | PA0002490321 |
| 30 | 7f3b18e1d0e4550f31854f5ea347a9ff670e2bc0 | 06/27/2025 16:28:33 | Blacked Raw | 05/06/2025 | 05/20/2025 | PA0002531797 |
| 31 | e8eb83682a2c5fc74a2f6e8dac806b3d69f8dc34 | 06/27/2025 14:45:53 | Vixen | 06/28/2024 | 07/16/2024 | PA0002480629 |
| 32 | 8f934293d68f6ab99e04f77935c0c0b57090809f | 06/27/2025 14:45:22 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |
| 33 | 8d198cbcb19dc628c7fb4cec4456109e0232ca71 | 06/27/2025 14:10:29 | Milfy | 12/27/2023 | 01/16/2024 | PA0002453486 |
| 34 | 90AC10449AFFDE8CBFE6FE592B4D7E8ECAAA8E7F | 06/27/2025 14:02:48 | Blacked | 02/02/2025 | 02/18/2025 | PA0002516037 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | 06/25/2025 10:38:19 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 36 | f604198ed5ffec1c2c6924aef48ccd5fa13140db | 06/23/2025 00:11:17 | Blacked Raw | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 37 | 456e8fecc0af6209706152d5e3fd3d4054cb0350 | 06/23/2025 00:04:05 | Vixen | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 38 | 4CBADD45F5F7459BB9B9FC1A3C576D32207E3F0C | 06/20/2025 21:23:00 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 39 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | 06/20/2025 15:57:28 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 40 | aab43732ca29d96f72c32a4d7590fd1111d8a86c | 06/20/2025 12:23:46 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 41 | 53dd9da9e0b24b4961098d0683c348309445e260 | 06/20/2025 12:17:44 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 42 | d9261d3722c161272619a45a80e6f849b0bc63b5 | 06/20/2025 12:16:39 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 43 | 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3 | 06/20/2025 12:13:49 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 44 | 9a00dc56773a2daf8a9bfe17c2984a51122fb78e | 06/20/2025 12:13:30 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |